JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEVEN SAIDMAN, an individual and )    Case No.: EDCV 12-1808 JLS (OPx)
RUTH SAIDMAN, an individual      )

                 )    **ORDER DISMISSING ACTION**
          Plaintiff,     )    **WITH PREJUDICE**

                 )
v.                     )    *[Filed Concurrently with Stipulation*
                 )    *for Dismissal]*
HOMEWARD RESIDENTIAL AS    )
SUCCESSOR IN INTEREST TO      )
AMERICAN HOME MORTGAGE     )
SERVICING INC. and DOES 1through )
20, inclusive                  )

                 )
      Defendants/Respondents.    )
                 )
_____ )

     The Court, having reviewed the Stipulation For Dismissal entered into by Plaintiffs STEVEN SAIDMAN and RUTH SAIDMAN ("Plaintiffs") by and through their attorneys of record, The De Novo Law Firm and Defendant HOMEWARD RESIDENTIAL INC. f/k/a AMERICAN HOME MORTGAGE SERVICING, INC., by and through its attorneys

1

of record, Wright, Finlay & Zak, LLP, and finding good cause appearing, the Court hereby **ORDERS** as follows:

The above-captioned action is DIMISSED as to all parties WITH PREJUDICE.

**<u>IT IS SO ORDERED</u>**.

Dated: July 14, 2014

JOSEPHINE L. STATON
U.S. District Court Judge

ORDER DISMISSING ACTION WITH PREJUDICE